**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Lawrence S. Walter
United States Bankruptcy Judge

**Dated: January 25, 2010**

---

BK0906432
(JJR)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT DAYTON

| | |
|---|---|
| IN RE: | Case No. 09-36296 |
| Kami Renee Roark | Chapter 13<br>Judge Walter |
| Debtor | |
| | **ORDER FOR RELIEF FROM STAY AND CO-DEBTOR STAY OF U.S. BANK, N.A. BY AND THROUGH U.S. BANK HOME MORTGAGE ITS SERVICER (PROPERTY ADDRESS: 122 HILLVIEW STREET, GREENVILLE, OH 45331) (DOC. #28)** |

This matter came to be considered on the Motion for Relief from Stay and Co-Debtor Stay of Bobby J. Roark(the "Motion") filed by U.S. Bank, N.A. by and through U.S. Bank Home Mortgage its servicer ("Movant") on December 10, 2009 as Pacer Document #28 for the property located at 122 Hillview Street, Greenville, Ohio 45331.

Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, the Chapter 13

Trustee, and all necessary parties were served with the Motion as indicated on the Certificate of Service attached to said Motion, and were served with a notice of hearing by the Clerk on December 10, 2009. No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested.

**IT IS THEREFORE ORDERED:**

1. The Motion is granted and the automatic stay imposed by Section 362 of the Bankruptcy Code and the co-debtor stay imposed by Section 1301 of the Bankruptcy Code, are terminated with respect to Movant, its successors and/or assigns.

2. The Chapter 13 Trustee shall discontinue payments to Movant on its claim under the Chapter 13 Plan filed by the Debtor.

**SO ORDERED**

/s/ Steven H. Patterson
Ohio Supreme Court #0073452
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
P.O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 412-6600, ext. 3373
(513) 354-6464 fax

sohbk@lsrlaw.com

COPIES TO:

DEFAULT LIST

Bobby J Roark, Co-Debtor
122 Hillview Street
Greenville, OH 45331
ORIDINARY U.S. MAIL, POSTAGE PRE-PAID

Household Finance Corporation III
PO Box 8546
Virginia Beach, VA 23452
ORIDINARY U.S. MAIL, POSTAGE PRE-PAID

                                                    ###